UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00007-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS MAURICE GRANT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on April 22, 2010 [#19]. The trial preparation conference and motions hearing set for **Friday, April 30, 2010 at 3:00 p.m.** AND the 3-day jury trial set to commence **Monday, May 10, 2010,** are both **VACATED**.

    A Change of Plea hearing is set for **Tuesday, June 15, 2010, at 2:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    April 22, 2010