UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00007-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THOMAS MAURICE GRANT,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised.  It is hereby

ORDERED that the Government's Motion Regarding Acceptance of Responsibility [doc. #30], filed October 29, 2010, is **GRANTED.**  It is further

ORDERED that Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated this 4th day of November, 2010.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE